UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00090

**Casey Lee Briggs,**
*Plaintiff,*
v.
**Gregg County Jail et al.,**
*Defendants.*

**ORDER**

Plaintiff, an inmate of Gregg County Jail proceeding pro se, files this lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge. Doc. 2. The magistrate judge issued a report recommending that plaintiff's case be dismissed as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A. Doc. 7 at 5. Specifically, the report noted that an inmate has no protected liberty interest in having jail grievances resolved to his satisfaction. *Id.* at 4; *Alexander v. Tex. Dep't Crim. Just.*, 951 F.3d 236, 240 (finding that "prisoners have no due process rights in the inmate grievances process"). As such, the report concluded that plaintiff's allegations that jail officials failed to conduct a proper investigation into his grievances were without merit. Doc. 7 at 4.

The report was mailed to plaintiff's last known address. However, plaintiff, to date, has not filed objections to the report or otherwise communicated with the court. Proof of mailing creates a presumption that the properly addressed letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 (5th Cir. 2019).

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being

satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's complaint is dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted. Any pending motions are denied as moot.

*So ordered by the court on October 17, 2025.*

J. CAMPBELL BARKER
United States District Judge